IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP ALEXANDER-ECONOM,

       Plaintiff,

vs.                                                          No. CIV 14-0027 JB/SCY

ZACH GARCIA, in his individual and official capacities;
BARRY HOLFELDER, in his individual and official
capacities; DAVID MAGGIO, in his official capacity
as Lieutenant with the Town of Taos Police Department;
OSCAR RODRIQUEZ, in his official capacity as Mayor
of the Town of Taos; DAVID WEAVER, in his official
capacity as Taos Police Chief; ANTHONY TRUJILLO,
in his individual and official capacities; MIGUEL ROMERO,
in his official capacity as County Sheriff of Taos County;
STEPHEN ARCHULETA, in his official capacity as
County Manager of the County of Taos; and
the TAOS COUNTY BOARD OF COUNTY COMMISSIONERS,

       Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Stipulation of Dismissal with Prejudice Against All Named Defendants, filed January 25, 2016 (Doc. 30)("Voluntary Dismissal"). The Voluntary Dismissal removed all parties and claims from this case with prejudice. See Voluntary Dismissal at 1-2. Consequently, there not being any remaining claims or parties which the Court needs to address, the Court finds that final judgment in this case is appropriate.

**IT IS ORDERED** that all of Plaintiff Phillip Alexander-Econom's claims brought, or which could have been brought, against Defendants Zach Garcia, Barry Holfelder, David Maggio, Oscar Rodriquez, David Weaver, Anthony Trujillo, Miguel Romero, Stephen Archuleta, and the Taos County Board of County Commissioners, are dismissed with prejudice. Final judgment is entered in this case.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Dwight E. Thompson
Dwight E. Thompson Law Office, P.C.
Taos, New Mexico

    *Attorney for the Plaintiff*

James P. Sullivan
Frank D. Weissbarth
Brennan & Sullivan
Santa Fe, New Mexico

    *Attorneys for Defendants Zach Garcia, Barry Holfelder, David Maggio, Oscar
      Rodriguez, and David Weaver*

Jonlyn M. Martinez
Law Firm of Jonlyn M. Martinez
Albuquerque, New Mexico

    *Attorneys for Defendants Anthony Trujillo, Miguel Romero, Stephen Archuleta, and the
      Taos County Board of County Commissioners*